FILED
CLERK, U.S. DISTRICT COURT
FEB 15 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARVIN WILLIAMS, | No. CV 07-1582-AHM (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| KEN CLARK, et al., | |
| Respondents. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 2/12/08

HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE